IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| **CHRIS CHAPMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**PALADIN INDUSTRIES, INC.,**<br><br>Defendant. | **Civil Action No.: 5:24-cv-00254**<br><br>**NOTICE OF REMOVAL** |

Defendant Paladin Industries, Inc. ("Paladin" or "Defendant"), provides this Notice of Removal concerning an action filed by Plaintiff Chris Chapman ("Plaintiff") in the General Court of Justice, Superior Court Division, for Iredell County, North Carolina. In support of this Notice of Removal, Defendant shows the following:

1. On October 23, 2024, Plaintiff filed his original Complaint in the General Court of Justice, Superior Court Division of Iredell County, North Carolina in Civil Action Number 24-CVS-3228 (the "Civil Action"), a copy of which was served on Defendant October 31, 2024 via United States Postal Service. A copy of the Civil Action Cover Sheet and Complaint with Exhibits A-E are attached as **Exhibit 1.**

2. The Iredell County Clerk of Court issued a Civil Summons on October 23, 2024. A copy of that Summons is attached as **Exhibit 2**.

3. In light of the October 31, 2024 service date, Defendant's Notice of Removal is timely in that it is filed within 30 days of service in accordance with 28 U.S.C. § 1446(b).

4. The United States District Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1441 because it is a civil action arising under the laws of the United States. Specifically, this matter is removable based upon federal question jurisdiction because Plaintiff's Count 1 of his Complaint asserts a cause of action under the Americans with Disabilities Act, as amended ("ADA"), 42 U.S.C. §12101 *et seq.*, Count 2 of his Complaint alleges violations of the Family Medical Leave Act, as amended ("FMLA") 29 C.F.R. §825.101 *et seq.*, and a supplemental claim under state law.

5. Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a state court which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the place where such action is pending.

6. Additionally, pursuant to 28 U.S.C. §1367, this Court should exercise supplemental jurisdiction over Plaintiff's state law claim as it arises from the same set of operative facts and is both intertwined and related to the same case and controversy as Plaintiff's federal claims.

7. Defendant is providing written notice of the filing of this Notice of Removal to Plaintiff and is also filing a copy of this Notice of Removal with the Clerk of Court for Iredell County, North Carolina, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant hereby removes this action from the Superior Court of Iredell County to the United States District Court for the Western District of North Carolina.

This the 2nd day of December, 2024.

**/s/ Kristine M. Sims**
Kristine M. Sims
NC State Bar No. 26903
Email: ksims@constangy.com
**/s/ J. Rodrigo Pocasangre**
J. Rodrigo Pocasangre
NC State Bar No. 41530
Email: rpocasangre@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
1 West 4 Street, Suite 850
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically filed the **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **NONE** and will also serve the following with a copy via US Mail, postage prepaid, at the following address:

>Joshua R. Van Kampen
>Van Kampen Law, PC
>315 E. Worthington, Ave.
>Charlotte, NC 28203

>**/s/ Kristine M. Sims**
>Kristine M. Sims
>NC State Bar No. 26903
>Email: ksims@constangy.com
>CONSTANGY, BROOKS, SMITH
>& PROPHETE, LLP
>1 West 4 Street, Suite 850
>Winston-Salem, NC 27101
>Telephone: (336) 721-1001
>Facsimile: (336) 748-9112

>*Attorney for Defendant*

12004037v1